U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Transferor's/Seller's Transaction Serial Number *(If any)*

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT."

## Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| Hill | Kyle | NMN |

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 5421 Restrace Lane | Powder Springs | Cobb | GA | 30127 |

| 3. Place of Birth: U.S. City and State -OR- Foreign Country | 4. Height | 5. Weight *(Lbs.)* | 6. Sex | 7. Birth Date (Month / Day / Year) |
|---|---|---|---|---|
| Chicago IL | Ft. [redacted] In | [redacted] | ☒ Male ☐ Female | [redacted] |

8. Social Security Number *(Optional, but will help prevent misidentification)* [redacted]

9. Unique Personal Identification Number (UPIN) if applicable *(See Instructions for Question 9.)*

10.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*
☐ American Indian or Alaska Native ☒ Black or African American ☐ White
☐ Asian ☐ Native Hawaiian or Other Pacific Islander

| 11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☒ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☒ |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
☒ United States of America *(U.S.A.)* ☐ Other Country/Countries *(Specify)*:

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ☒ |
| 12.c. Are you an alien illegally or unlawfully in the United States? | ☐ | ☒ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☒ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? ☒ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*.

Previous Editions Are Obsolete

**Transferee/Buyer Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**



ATF Form 4473 (5300.9)
Revised October 2016

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and [illegible] 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony [illegible] may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.j [illegible] is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited [illegible] possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also [illegible] any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime [illegible] felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

14. Transferee's/Buyer's Signature: [signature]

15. Certification Date: 10-6-20[illegible]

## Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred *(check or mark all that apply)*:
- ☐ Handgun
- ☒ Long Gun *(rifles or shotguns)*
- ☐ Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)*

17. If transfer is at a qualifying gun show or event:
Name of Function:
City, State

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) Month | Day | Year |
|---|---|---|---|---|
| GA DL | [redacted] | 4 | 7 | 2021 |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address)* *(See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473 *(See Instructions for Question 18.c.)*

**Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 19, 20 and 21.)*

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| 10 | 6 | 2019 |

19.b. The NICS or State transaction number *(if provided)* was: NTN 1014GKF64

19.c. The response initially (first) provided by NICS or the appropriate State agency was:
- ☒ Proceed
- ☐ Denied
- ☐ Cancelled
- ☐ Delayed *[The firearm(s) may be transferred on ______ if State law permits (optional)]*

19.d. The following response(s) was/were later received from NICS or the appropriate State agency:
- ☐ Proceed ______ *(date)*
- ☐ Denied ______ *(date)*
- ☐ Cancelled ______ *(date)*
- ☐ No response was provided within 3 business days.
- ☐ O[illegible]

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ______ *(date)* ☐ Proceed ☐ Denied ☐ Cancelled

19.f. The name and Brady identification number of the NICS examiner *(Optional)*
______ *(name)* ______ *(number)*

19.g. Name of FFL Employee Completing NICS [illegible]

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who [illegible] the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☐ No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which [illegible] as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

22. Transferee's/Buyer's Signature

23. Recertification Date

Transferor/Seller Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| | 24. Manufacturer and Importer *(If any) (If the manufacturer and importer are different, the FFL must include both.)* | 25. Model *(If Designated)* | 26. Serial Number | 27. Type *(See Instructions for Question 27.)* | 28. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | SAKO | A7 LONG RANGE | K90825 | RIFLE | 308 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

29. Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)* ONE

30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 24 Above:

31. For Use by Licensee *(See Instructions for Question 31.)*

32. Check if this transaction is to facilitate a private party transfer. ☐ *(See Instructions for Question 32.)*

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

SETS 2412 MARIETTA BLVD NW
ATLANTA GA 30318 1-58-121-07-2D-14102

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, if Section C was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name *(Please print)* | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title | 37. Date Transferred |
|---|---|---|---|
| BRANDON PADGETT | [signature] | OWNER | 10/[illegible] |

**NOTICES, INSTRUCTIONS, AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological *(by date of disposition)*, alphabetical *(by name of purchaser)*, or numerical *(by transaction serial number)*, as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.



**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST B[illegible]**
If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 [illegible] to which a sale, delivery, or transfer did not take place shall be separately [illegible] in alphabetical *(by name of transferee)* or chronological *(by date of [illegible] certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form [illegible] incomplete or improperly completed after the firearm has been trans[illegible] the transferor/seller or the transferee/buyer wishes to correct the [illegible] error(s), photocopy the inaccurate form and make any necessary [illegible] revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to [illegible] C. Whoever made the changes should initial and date the changes. [illegible] photocopy should be attached to the original Form 4473 and retained [illegible] transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Department[illegible] firearms exporter to obtain a license prior to export. Warning: [illegible] ports a firearm without proper authorization may be fined not [illegible] and/or imprisoned for not more than 20 years. See 22 U.S.C. [illegible]

**Section A**

The transferee/buyer must personally complete Section A [illegible] *(sign)* that the answers are true, correct, and complete. [illegible] buyer is unable to read and/or write, the answers *(other [illegible]* completed by another person, excluding the transferor/seller [illegible] *than the transferor/seller)* must then sign as witness [illegible] answers and signature/certif[illegible]